# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

SHERRY R. SCHUMAKER                                                                PLAINTIFF

V.                         CASE NO. 3:20-CV-162-JTR

COMMISSIONER OF
SOCIAL SECURITY ADMINISTRATION                                      DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED with prejudice. Judgment is entered in favor of the Defendant.

DATED this 26th day of July, 2021.

_____
UNITED STATES MAGISTRATE JUDGE